IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01680-RPM

MILLENNIUM MEDIA PRODUCTIONS, INC.,
a Colorado Corporation,

        Plaintiff,

v.

AARON RENTS, INC.,
a Georgia Corporation,
        Defendant,
_____

ORDER DENYING MOTION TO DISMISS
_____

Upon consideration of the complaint, filed August 30, 2005, the defendant's motion to dismiss, filed October 17, 2005, and the plaintiff's response, the Court finds and concludes that the plaintiff has stated a claim for relief, that there is subject matter and personal jurisdiction and that the defendant has failed to show any requisite basis for transfer pursuant to 28 U.S.C. § 1404(a) and it is therefore

ORDERED that the motion to dismiss is denied.

DATED: January 10th, 2006

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge