IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-1680-RPM

MILLENNIUM MEDIA PRODUCTIONS, INC., a Colorado corporation, and MICHAEL HUPFER, a natural person,

    Plaintiffs,

v.

AARON RENTS, INC., a Georgia corporation.

    Defendant,

---

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND AMENDED COMPLAINT

---

This matter comes before this Court on the Plaintiffs' Unopposed Motion to Amend Amended Complaint. The Court has reviewed the file and considered the Motion and Second Amended Complaint, and any response filed. The Court, being fully advised, finds and orders as follows:

**IT IS HEREBY ORDERED** that the Plaintiff's Unopposed Motion to Amend Amended Complaint is **GRANTED**, and the Second Amended Complaint and exhibits submitted by Plaintiffs are accepted as filed. Millennium Media Productions, Inc. is hereby removed from the caption of this matter as a Plaintiff.

**DATED** this 28 day of February, 2006.

BY THE COURT

_____
District Court Judge

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND AMENDED COMPLAINT was: ☑ e-filed and e-served, or ☐ served by facsimile, or ☐ sent by United States mail postage prepaid, to the following on this 27th day of February 2006:

Gregory S. Tamkin
Craig S. Hemenway
Dorsey & Whitney LLP
370 17th Street, Suite 4700
Denver, CO 80202-5647
(303) 629-3400 phone
(303) 629-3450 fax
email: tamkin.Greg@dorsey.com
       hemenway.craig@dorsey.com

Stephen M. Schaetzel
Pam Mallari
Kilpatrick & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
(404) 815-6500 phone
(404) 815-6555 fax
email: Sschaetzel@KilpatrickStockton.com

_s/ signature Melani Ward_
Melani Ward