IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01680-RPM

MICHAEL HUPFER,

    Plaintiff,

v.

AARON RENTS, INC.,
a Georgia Corporation,

    Defendant,

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

  Pursuant to the scheduling conference convened on February 17, 2006, and the Joint Motion to Set Scheduling Conference (Doc. #24-1), filed on March 17, 2006, it is

  ORDERED that a scheduling conference will be held on **May 9, 2006, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, the proposed Scheduling Order in Word or WordPerfect format shall be submitted by May 4, 2006, via e-mail to **Matsch_Chambers@cod.uscourts.gov**.`

DATED: March 20, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge