IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01680-RPM

MICHAEL HUPFER,

        Plaintiff,

v.

AARON RENTS, INC.,
a Georgia Corporation,

        Defendant,
_____

ORDER GRANTING DEFENDANT AARON RENTS' MOTION TO JOIN WILLIAM D.
DEIGNAN AS AN INDISPENSABLE PARTY
_____

        Upon consideration of Defendant Aaron Rents' Motion to Join William D. Deignan as an Indispensable Party (Doc. #33) and pursuant to discussions during the May 17, 2006, scheduling conference, it is

        ORDERED that defendant's motion to join William D. Deignan as a party plaintiff is granted.

        DATED: June 26, 2006

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge