IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01680-RPM-CBS

MICHAEL HUPFER, and
WILLIAM D. DEIGNAN, an individual,

      Plaintiff,

v.

AARON RENTS, INC., a Georgia Corporation,

      Defendant,

_____

## ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
_____

In this action the defendant filed a motion for partial summary judgment, seeking to obtain a ruling that the plaintiffs may not recover damages based on the defendant's profits. It is asserted that the plaintiffs have no evidence to support such a damage claim. This matter is not appropriately raised under Fed.R.Civ.P. 56. The damage remedy available to the plaintiffs will depend upon the evidence at trial and it is therefore

ORDERED that the defendant's motion for partial summary judgment is denied.

DATED: May 14th, 2007

BY THE COURT:

s/ Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge