IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01680-RPM

MICHAEL HUPFER and
WILLIAM DEIGNAN,

    Plaintiffs,

v.

AARON RENTS, INC.,

    Defendant.

---

ORDER SETTING TRIAL DATE

---

    Pursuant to the pretrial conference convened on July 11, 2007, it is

    ORDERED that this matter is set for a two day trial to court on **August 29, 2007, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

    Dated: July 11, 2007

                                                      BY THE COURT:

                                                      s/ Richard P. Matsch
                                                      _____
                                                      Richard P. Matsch, Senior District Judge