IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 05-cv-01680-RPM

MICHAEL HUPFER, and
WILLIAM DEIGNAN,

    Plaintiffs,

v.

AARON RENTS, INC.

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 3 0 2007

GREGORY C. LANGHAM
CLERK

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on August 29, 2007, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 30 day of August, 2007.

BY THE COURT:

_____
Richard P. Matsch, Judge
United States District Court

APPROVED AS TO FORM:

_____
ATTORNEY FOR PLAINTIFFS

_____
ATTORNEY FOR DEFENDANT