IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01680-RPM

MICHAEL HUPFER and
WILLIAM DEIGNAN,

 Plaintiffs,

v.

AARON RENTS, INC.,

 Defendant.

## ORDER FOR ENTRY OF AMENDED JUDGMENT

 On August 30, 2007, judgment was entered in favor of the plaintiffs and against the defendant in the amount of $29,000.00 pursuant to this Court's oral findings of fact and conclusions of law at the conclusion of the trial on August 30, 2007.  The Court also ordered an award of attorneys fees and directed the filing of a submission under Fed.R.Civ.P. 54(b)(2) and D.C.COL.L.CivR. 54.3.  The plaintiffs' counsel complied with the filing of an affidavit on September 12, 2007 and the defendant was granted an extension of time to respond through October 10, 2007.

 On October 10, 2007, the parties filed a joint motion to amend the judgment asking that the Clerk enter an amended judgment in the amount of $101,731.30 resolving all issues and agreeing that the sum represents the total relief due to the plaintiffs and withdrawing the affidavit for attorneys' fees.  Pursuant to the joint motion it is now

ORDERED that the Clerk shall enter an amended judgment pursuant to this order, awarding the plaintiffs Michael Hupfer and William Deignan a recovery against the defendant Aaron Rents, Inc. in the amount of $101,731.30 with interest to accrue at the legal rate of 4.16%.

Dated: October 11, 2007

BY THE COURT:

s/ Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge